Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty.

CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty.

CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty.

FILED
CLERK, U.S. DISTRICT COURT

JUN – 3 2026

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| V.    PLAINTIFF | 8:26-MJ-00369 DUTY |
| Jamshid Ghomi | **REPORT COMMENCING CRIMINAL ACTION** |
| USMS# _____    DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed.  Any area not applicable or unknown should indicate "N/A".

1.  The defendant was arrested in this district on  _06/03/26_  at _0615_ ☑AM ☐ PM

    or

    The defendant was arrested in the _____ District of _____ on _____ at _____ ☐ AM ☐ PM

2.  The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☑ No

3.  Defendant is in U.S. Marshals Service lock-up (in this court building):  ☑ Yes  ☐ No

4.  Charges under which defendant has been booked:

    50 U.S.C. § 1705(a), (c) Conspiracy to Violate the International Emergency Economic Powers Act

5.  Offense charged is a:  ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6.  Interpreter Required:  ☑ No  ☐ Yes  Language: _____

7.  Year of Birth: 1963

8.  Defendant has retained counsel:  ☑ No
    ☐ Yes  Name: _____  Phone Number: _____

9.  Name of Pretrial Services Officer notified:  Diangela Palacio

10. Remarks (if any): _____

11. Name:  Ian Montoya  (please print)

12. Office Phone Number: 949-359-3197

13. Agency: IRS Criminal Investigations

14. Signature: _____

15. Date: 06-03-26

CR-64 (09/20)          REPORT COMMENCING CRIMINAL ACTION