

FILED
CLERK, U.S. DISTRICT COURT

JUN - 3 2026

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>JAMSHID GHOMI,<br><br><br>DEFENDANT(S). | CASE NUMBER<br><br>8:26-MJ-00369<br><br>**ORDER OF TEMPORARY DETENTION**<br>**PENDING HEARING PURSUANT**<br>**TO BAIL REFORM ACT** |

Upon motion of __the Defendant__ , IT IS ORDERED that a detention hearing is set for __June 4, 2026__ , _____, at _1:30_ ☐a.m. / ☒p.m. before the Honorable __Douglas F. McCormick__ , in Courtroom __6B__ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __June 3, 2026__

Douglas F. McCormick
U.S. ~~District Judge~~/Magistrate Judge